**Ernest F. WALTERS; Chris LeGear; Montez D. Shortridge, Appellants,**

v.

**Walter KAUTZKY; Michael Savala; Paul Muller; John Mathes; Ronald Welder; Layne M. Lindebak, Appellees.**

No. 03–1275.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 30, 2003.

Decided Nov. 3, 2003.

Ernest F. Walters, pro se, Fort Madison, IA, for Plaintiffs–Appellants.

of Missouri.

Ernest F. Walters, pro se, Fort Madison, IA, for Plaintiffs–Appellants.

Montez D. Shortridge, pro se, Fort Madison, IA, for Plaintiffs–Appellants.

William A. Hill, Asst. Atty. General, Attorney General's Office, Des Moines, IA, for Defendants–Appellees.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Iowa inmates Ernest Walters, Chris Le-Gear, and Montez Shortridge appeal the district court's [1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Upon de novo review, *see Anderson v. Larson,* 327 F.3d 762, 767 (8th Cir.2003), we agree with the district court that a prior action in Iowa state court bars this federal action under the Iowa doctrine of res judicata. *See Migra v. Warren City Sch. Dist. Bd. of Educ.,* 465 U.S. 75, 81, 104 S.Ct. 892, 79 L.Ed.2d 56 (1984) (federal court gives state court judgments same preclusive effect judgment would receive under law of rendering state); *Arnevick v. Univ. of Minn. Bd. of Regents,* 642 N.W.2d 315, 319 (Iowa 2002) (subsequent suit barred where parties in both actions are the same, where claim in second suit could have been fully and fairly adjudicated in first action, and where court in first action rendered final judgment on merits).

Accordingly, we affirm.

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.